IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JULIUS ANDERSON,

        Plaintiff,                           No. CIV S-07-2566 GEB EFB P

        vs.

J. THOMAS, et al.,

        Defendants.              <u>ORDER</u>

        Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983; 42 U.S.C. §§ 12131 - 12164. Plaintiff commenced this action in state court, and on November 30, 2007, defendants filed a notice of removal and a request that this court review the initial complaint pursuant to 28 U.S.C. § 1915A. On January 3, 2008, plaintiff filed an amended complaint and on January 10, 2008, defendants filed a request that this court review the amended complaint. Having reviewed the January 3, 2008, amended complaint, the court finds that, for the limited purposes of § 1915A screening, plaintiff states cognizable claims defendants J. Thomas and T. Turner for retaliation, violating plaintiff's Eighth Amendment rights and for discrimination in violation of Title II of the Americans with Disabilities Act ("ADA"), and against defendant S. Murray for retaliation. The court also finds that plaintiff states a claim against V. Thomas and T. Turner for negligence, and exercises its discretion to exercise

supplemental jurisdiction.  *See* 28 U.S.C. § 1367(a).

Accordingly, it hereby is ordered that:

1. Defendants' November 30, 2007, motion requesting that the court review the initial complaint is denied as moot.

2. Defendants' January 10, 2008, motion requesting that the court review the initial complaint is granted.

3. Service is appropriate for defendants V. Thomas, T. Turner and S. Murray.

4. The Clerk of the Court shall send plaintiff three USM-285 forms, one summons, an instruction sheet and one copy of the January 30, 2008, first amended complaint.

5. Within 30 days from service of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit it to the court with the completed summons and USM-285 forms and four copies of the endorsed January 3, 2008, first amended complaint.

6. Upon receipt of the necessary materials, the court will direct the United States Marshal to serve defendants V. Thomas, T. Turner and s. Murray pursuant to Federal Rule of Civil Procedure 4 without payment of costs.  Failure to comply with this order will result in a recommendation that this action be dismissed.

Dated: April 7, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

|   |   |
|---|---|
| | IN THE UNITED STATES DISTRICT COURT |
| | FOR THE EASTERN DISTRICT OF CALIFORNIA |

JULIUS ANDERSON,

      Plaintiff,                                No. CIV S-07-2566 GEB EFB P

      vs.

J. THOMAS, et al.,

      Defendants.                     <u>NOTICE OF SUBMISSION OF DOCUMENTS</u>

                           /

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

         <u> 1 </u>     completed summons form

         <u> 3 </u>     completed forms USM-285

         <u> 4 </u>     copies of the <u> January 3, 2008 </u>
                                                   First Amended Complaint

Dated:

                                                      Plaintiff