IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JULIUS ANDERSON,

        Plaintiff,                       No. CIV S-07-2566 GEB EFB P

    vs.

J. THOMAS, et al.,

        Defendants.            ORDER

_____/

        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. Defendants removed this action from state court. On June 5, 2008, plaintiff filed a second amended complaint. Defendants have requested that the court screen the complaint pursuant to 28 U.S.C. § 1915A and that the court stay the time to respond to the first amended complaint.

        The court finds that, for the limited purposes of § 1915A screening, the complaint states claims that: (1) defendants Thomas, Murray, and Turner interfered with plaintiff's serious medical needs in retaliation for plaintiff's having filed lawsuits and/or grievances; (2) Thomas, Murray, and Turner interfered with a physician's prescribed care following knee surgery in violation of the Eighth Amendment; and (3) Thomas, Murray and Turner were negligent under state law in how they treated plaintiff following plaintiff's knee surgery. *See* 42 U.S.C. § 1983,

1

28 U.S.C. § 1915A(b); 28 U.S.C. § 1367(a).

Accordingly, it hereby is ORDERED that:

1. Defendants' June 20, 2008, request that the court review plaintiff's complaint and stay the time for responding to the first amended complaint is granted;

2. Defendants need not respond to the first amended complaint; and

3. Within 30 days from the date of this order, defendants Thomas, Murray and Turner shall file and serve a response to the June 5, 2008, second amended complaint.

Dated: April 30, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE