IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JULIUS ANDERSON,

      Plaintiff,                        No. CIV S-07-2566 GEB EFB P

      vs.

J. THOMAS, et al.,

      Defendants.                ORDER

                              /

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. Plaintiff has informed the court that his legal files in this action were destroyed by water and waste released in a plumbing accident. Dckt. No. 71. Plaintiff asks the court to provide him with copies of the entire case file and to order defendants' counsel to provide him with additional documents.

      The docket in this action is extremely long, primarily due to plaintiff's repeated attempts to amend his complaint and serve a successor to defendant Murray, who is deceased. The court finds it unnecessary to reproduce for plaintiff the entirety of the case file, much of which is irrelevant at this point (e.g., prior complaints that have been superceded), absent a showing of need. As a courtesy to plaintiff, the court will provide copies of Docket No. 61 (the court's screening order concerning plaintiff's Fourth Amended Complaint), Docket No. 67 (plaintiff's

1

1  Fifth Amended Complaint), Docket No. 68 (defendants' motion for screening of the Fifth
2  Amended Complaint), and a copy of the docket.  If plaintiff seeks copies of additional items
3  listed on the docket, he may file a motion requesting such copies and informing the court why he
4  needs the items sought.
5         As for discovery and other documents sought from the Attorney General's office, the
6  court declines at this time to order defendants' counsel to provide these items to plaintiff, but
7  will reopen discovery for 30 days from the date of this order for the limited purpose of allowing
8  plaintiff to propound document requests on defendants seeking documents that were destroyed in
9  the plumbing accident.  Any motions to compel production of such documents must be filed
10 within 90 days of the date of this order.
11        Accordingly, the court hereby orders that:
12        1.  Plaintiff's March 4, 2011 motion for copies of the court file (Docket No. 71) is
13 granted in part, and the Clerk of the Court is directed to provide plaintiff with copies of Docket
14 Nos. 61, 67, and 68 and a copy of the docket.
15        2. Discovery is reopened for 30 days from the date of this order for the limited purpose of
16 allowing plaintiff to seek from defendants copies documents related to this case not contained in
17 the court file and within defendants' or defense counsel's possession.  Any motions to compel
18 production of such documents must be filed within 90 days of the date of this order.
19 Dated:  March 15, 2011.

                         _____
                         EDMUND F. BRENNAN
                         UNITED STATES MAGISTRATE JUDGE