IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JULIUS ANDERSON,

   Plaintiff,       No. CIV S-07-2566 GEB EFB P

 vs.

J. THOMAS, et al.,

   Defendants.      ORDER

_____/

  Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He has requested that the court appoint counsel. District courts lack authority to require counsel to represent indigent prisoners in section 1983 cases. *Mallard v. United States Dist. Court*, 490 U.S. 296, 298 (1989). In exceptional circumstances, the court may request counsel voluntarily to represent such a plaintiff. 28 U.S.C. § 1915(e)(1); *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991); *Wood v. Housewright*, 900 F.2d 1332, 1335-36 (9th Cir. 1990). The court finds that there are no exceptional circumstances in this case. *See* Dckt. No. 80, April 19, 2011 Order Denying Motions to Appoint Counsel.

  Accordingly, IT IS HEREBY ORDERED that plaintiff's April 28, 2011, request for appointment of counsel is denied.

DATED: May 9, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE