IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JULIUS ANDERSON,

    Plaintiff,                    No. CIV S-07-2566 GEB EFB P

    vs.

J. THOMAS, et al.,

    Defendants.               ORDER

_____/

        On May 23, 2011, plaintiff filed a request for reconsideration of the magistrate judge's order filed April 19, 2011 denying plaintiff's motions for appointment of counsel. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed April 19, 2011, is affirmed.

Dated: June 7, 2011

GARLAND E. BURRELL, JR.
United States District Judge

1