IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JULIUS ANDERSON,

      Plaintiff,                    No. CIV S-07-2566 GEB EFB P

      vs.

J. THOMAS, et al.,

      Defendants.             <u>ORDER</u>

/

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On June 8, 2011, the court directed plaintiff to submit a completed USM-285 form and summons to serve defendant Mehta within 30 days of service of the order. More than 30 days have elapsed, and plaintiff has failed to submit a completed USM-285 form or summons for defendant Mehta.[1] He has failed to comply with the order.

////

////

---

[1] Plaintiff submitted two copies of the Sixth Amended Complaint along with two summons and USM-285 forms directed at Iraida Murray. The court has ordered only that service of plaintiff's motion to substitute Ms. Murray, and not service of summons or the complaint, is appropriate for Ms. Murray. Dckt. No. 86 at 3. Accordingly, the court directed the U.S. Marshal to serve only that motion on Ms. Murray. Dckt. No. 90. The court has retained plaintiff's copies of the complaint for service on defendant Mehta.

1

1    It therefore is ORDERED that plaintiff has 21 days from the date of this order either to
2 explain his failure to comply with the June 8, 2011 order, or to submit the completed USM-285
3 form for defendant Mehta.  Failure to comply with this order will result in a recommendation
4 that this action be dismissed.  The Clerk of the Court is directed to send to plaintiff one blank
5 USM-285 form.

6 DATED: July 25, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2

|   |   |
|---|---|
| | IN THE UNITED STATES DISTRICT COURT |
| | FOR THE EASTERN DISTRICT OF CALIFORNIA |

JULIUS ANDERSON,

    Plaintiff,                    No. CIV S-07-2566 GEB EFB P

    vs.

J. THOMAS, et al.,

    Defendants.               NOTICE OF SUBMISSION OF DOCUMENTS

_____/

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    _____    completed summons form

    __1__    completed form USM-285

    _____    copies of the _____
                                      First Amended Complaint

Dated:

                                          _____
                                                Plaintiff