IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JULIUS ANDERSON,

      Plaintiff,                        No. CIV S-07-2566 GEB EFB P

      vs.

J. THOMAS, et al.,

      Defendants.            ORDER

_____/

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. Currently before the court is plaintiff's motion to consolidate this case with *Anderson v. Towne*, No. 2:08-cv-02480-CTB ("*Towne*") "for purpose of a joinder settlement conference." Dckt. No. 87.

      Under Federal Rule of Civil Procedure 42(a), the court may consolidate cases that "involve a common question of law or fact." This case and *Towne* do not involve a common question of law or fact, but instead concern different events and different defendants. Accordingly, plaintiff's motion for consolidation is denied.

      So ordered.

Dated: August 11, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE