1
2
3
4
5
6
7
8           IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JULIUS ANDERSON,

11          Plaintiff,                    No. CIV S-07-2566 GEB EFB P

12   vs.

13   J. THOMAS, et al.,

14          Defendants.              <u>ORDER</u>

15   _____/

16          Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

17   U.S.C. § 1983.  Before the court is plaintiff's motion to substitute Iraida Murray, the apparent

18   successor to deceased defendant Murray.  Dckt. No. 62.

19          After a long procedural journey, plaintiff has finally successfully effected service of his

20   motion for substitution on Ms. Murray, and she has filed a statement of non-opposition to the

21   motion.  Accordingly, pursuant to Federal Rule of Civil Procedure 25(a), the court grants

22   plaintiff's February 2, 2011 motion for substitution.

23          Accordingly, the court hereby orders that:

24          1.  Plaintiff's February 2, 2011 motion for substitution (Docket No. 62) is granted;

25          2.  Iraida Murray is substituted as a defendant in place of deceased defendant Murray;

26   and

1

3.  Service of the Sixth Amended Complaint is appropriate for defendant Iraida Murray. The court is in receipt of the necessary materials for service of summons and the complaint on defendant Iraida Murray and will direct the U.S. Marshal to serve defendant Iraida Murray pursuant to Federal Rule of Civil Procedure 4 without payment of costs by separate order.

4.  Defendant Murray shall respond to the Sixth Amended Complaint as provided in Federal Rule of Civil Procedure 12.

Dated:  September 1, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE