IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JULIUS ANDERSON,

      Plaintiff,                           No. CIV S-07-2566 GEB EFB P

  vs.

J. THOMAS, et al.,

      Defendants.                       ORDER

_____/

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  He has requested that the court appoint counsel.  District courts lack authority to require counsel to represent indigent prisoners in section 1983 cases.  *Mallard v. United States Dist. Court*, 490 U.S. 296, 298 (1989).  In exceptional circumstances, the court may request counsel voluntarily to represent such a plaintiff.  28 U.S.C. § 1915(e)(1); *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991); *Wood v. Housewright*, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  The court finds that there are no exceptional circumstances in this case.

      Additionally, the docket reflects that an amended discovery and scheduling order may be necessary.  Before issuing any amended schedule, the court will direct the parties to submit status reports outlining their proposed schedules for discovery and the filing of dispositive motions in this action.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's December 1, 2011 motion for appointment of counsel is denied.

2. The parties shall, within 21 days of the date of this order, file status reports regarding the need for further discovery in this action, if any, along with proposed deadlines for completing discovery and for the filing of dispositive motions.

DATED: December 15, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE