IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JULIUS ANDERSON,

        Plaintiff,                                    No. CIV S-07-2566 GEB EFB P

  vs.

J. THOMAS, et al.,                                            ORDER & WRIT OF HABEAS CORPUS
                                                              AD TESTIFICANDUM
        Defendants.
_____/

        Julius Anderson, inmate # K-33896, a necessary and material witness in a settlement conference in this case on February 2, 2012, is confined in California Medical Facility, 1600 California Drive, Vacaville, California, 95696, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Craig M. Kellison at the U. S. District Court, 501 I Street, Sacramento, California 95814 in Courtroom No. 1 on February 2, 2012 at 1:00 p.m.

        ACCORDINGLY, IT IS ORDERED that:

        1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by Judge Kellison; and thereafter to return the inmate to the above institution or other appropriate facility at the discretion of the California Department of Corrections and Rehabilitation;

        2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, California Medical Facility, P. O. Box 2000, Vacaville, California, 95696:**

        **WE COMMAND** you to produce the inmate named above to testify before Judge Kellison, at the time and place above, until completion of the settlement conference or as ordered by Judge Kellison; and thereafter to return the inmate to the above institution, or other appropriate facility at the discretion of the California Department of Corrections and Rehabilitation.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED:  January 9, 2012.

                                            EDMUND F. BRENNAN
                                            UNITED STATES MAGISTRATE JUDGE